IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSEPH CINOTTI, #70565-004                                                    PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:06cv184DCB-MTP

CONSTANCE REESE, Warden FCI-Yazoo City                           RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the

memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED

that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 15th day of February, 2007.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE